FILED: April 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1397 (L)
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

ALLISON RIGGS

       Intervenor - Appellant

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

       Defendant

 and

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

       Intervenors

_____

No. 25-1398
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

 Plaintiff - Appellee

v.

VOTEVETS ACTION FUND; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; SARAH SMITH; JUANITA ANDERSON

 Intervenors - Appellants

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

 Defendant

and

ALLISON RIGGS; TANYA WEBSTER-DURHAM

 Intervenors

---

O R D E R

---

The court consolidates Case No. 25-1397 and Case No. 25-1398. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

 For the Court--By Direction

 /s/ Nwamaka Anowi, Clerk