**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 16, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1397 (L), <u>Jefferson Griffin v. Allison Riggs</u>
                 5:24-cv-00731-M-RJ

TO:    Jefferson Griffin

RESPONSE DUE: 04/21/2025

Response is required to the motion for injunctive relief pending appeal on or before 5:00 pm on 04/21/2025.

Rachel Phillips, Deputy Clerk
804-916-2702