**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 17, 2025

_____

No. 25-1397 (L)
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

  Plaintiff - Appellee

v.

ALLISON RIGGS

  Intervenor - Appellant

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

  Defendant - Appellee

and

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

  Intervenors

_____

No. 25-1398
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

VOTEVETS ACTION FUND; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; SARAH SMITH; JUANITA ANDERSON

       Intervenors - Appellants

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

       Defendant - Appellee

and

ALLISON RIGGS; TANYA WEBSTER-DURHAM

       Intervenors

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Rachel Phillips, Deputy Clerk
804-916-2702