# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-1397 Jefferson Griffin v. Allison Riggs |
| **Originating No. & Caption** | 5:24-cv-731 Griffin v. North Carolina State Board of Elections |
| **Originating Court/Agency** | Eastern District of North Carolina |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1292(a)(1) |
| Time allowed for filing in Court of Appeals | 30 Days |
| Date of entry of order or judgment appealed | 04/12/2025 |
| Date notice of appeal or petition for review filed | 04/14/2025 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | |
| Date order entered disposing of any post-judgment motion | |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final judgment or order? | ○ Yes    ◉ No |
| If appeal is not from final judgment, why is order appealable? The district court's April 12 text order granted in part and refused in part an injunction. | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | |
|---|---|
| Is settlement being discussed? | ○ Yes    ◉ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | No. 25-1020 | |
| Case number of any pending appeal in same case | No. 25-1398 | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | Nos. 25-1399, 25-1401 (4th Cir.) | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ⦿ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

This appeal involves the November 2024 general election for Seat 6 of the Supreme Court of North Carolina. Two months ago, this Court exercised discretion to abstain from deciding the federal issues in this case while the North Carolina courts resolved unsettled questions of state law. See Griffin v. N.C. State Bd. of Elections, No. 25-1020, slip op. at 11 (4th Cir. Feb. 4, 2025) (per curiam).

On April 11, the Supreme Court of North Carolina issued its decision, and Justice Riggs moved in the district court for an injunction prohibiting the parties from taking any action to enforce or effectuate the state-law remedy while the district court considered the remaining federal issues. The next day, the district court entered a text order denying the substance of Justice Riggs' motion.

On April 22, this Court entered an order "enjoin[ing] the North Carolina State Board of Elections from mailing any notice to any potentially affected voter pending the district court's resolution of Riggs' motion for a preliminary injunction." ECF No. 25 at 4.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Whether the district court erred by not granting Justice Riggs' Emergency Motion for Injunction and Motion for Status Conference. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Jefferson Griffin | Adverse Party: |
| Attorney: Thomas R. McCarthy<br>Address: CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209 | Attorney:<br>Address: |
| E-mail: tom@consovoymccarthy.com | E-mail: |
| Phone: (703) 243-9423 | Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Votevets Action Fund, North Carolina Alliance for Retired Americans,<br>Attorney: Lalitha D. Madduri<br>Address: ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, N.W.<br>Suite 400<br>Washington, D.C. 20001<br><br>E-mail: lmadduri@elias.law<br><br>Phone: (202) 968-4490 | Name: Tanya Webster-Durham, Sarah Smith, and Juanita Anderson<br>Attorney: Lalitha D. Madduri<br>Address: ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, N.W.<br>Suite 400<br>Washington, D.C. 20001<br><br>E-mail: lmadduri@elias.law<br><br>Phone: (202) 968-4490 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: /s/ Samuel B. Hartzell     Date: 4/30/2025

Counsel for: Intervenor-Appellant Allison Riggs

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

|  |  |
|---|---|
|  |  |

Signature:     Date: