No. 25-1397

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

JEFFERSON GRIFFIN,
*Plaintiff – Appellee*,

v.

ALLISON RIGGS,
*Intervenor – Appellant*,

and

NORTH CAROLINA STATE BOARD OF ELECTIONS,
*Defendant – Appellee*,

and

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON,
*Intervenors*.

_____

On Appeal from the United States District Court for the
Eastern District of North Carolina, No. 5:24-cv-00731-M-RJ

_____

## **STIPULATION OF DISMISSAL**

The parties—Intervenor-Appellant Allison Riggs, Plaintiff-Appellee Jefferson Griffin, and Defendant-Appellee North Carolina State Board of Elections—stipulate under Federal Rule of Appellate Procedure 42(b)(1) to the

1

dismissal of this appeal, with each party bearing its own costs in connection with this appeal.

Dated: June 9, 2025

Respectfully submitted,

/s/ Samuel B. Hartzell
Raymond M. Bennett
Samuel B. Hartzell
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2158
Ray.Bennett@wbd-us.com
Sam.Hartzell@wbd-us.com

*Counsel for Intervenor-Appellant Allison Riggs*

/s/ Thomas McCarthy
Thomas R. McCarthy
Gilbert C. Dickey
Conor D. Woodfin
William Bock IV
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com

*Counsel for Plaintiff-Appellee Jefferson Griffin*

2

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6567
Fax: 919-716-6758

*Counsel for Defendant-Appellee North Carolina State Board of Elections*

3