FILED:  June 9, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1397
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

ALLISON RIGGS

       Intervenor - Appellant

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

       Defendant - Appellee

and

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS
ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA
ANDERSON

       Intervenors

_____

No. 25-1398
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

            Plaintiff - Appellee

v.

VOTEVETS ACTION FUND; NORTH CAROLINA ALLIANCE FOR
RETIRED AMERICANS; SARAH SMITH; JUANITA ANDERSON

            Intervenors - Appellants

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

            Defendant - Appellee

 and

ALLISON RIGGS; TANYA WEBSTER-DURHAM

            Intervenors

_____

O R D E R
_____

The court deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk