FILED: June 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1397
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

ALLISON RIGGS

       Intervenor - Appellant

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

       Defendant - Appellee

and

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON

       Intervenors

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*